July 21, ~~2009~~

Richard Schmidt
#74541083 FCI Ft. Dix
P.O. Box 2000
Fort Dix, NJ 08640

Clerk of Court
U.S. District Court
101 W. Lombard St.
Baltimore, MD 21201

Case # 1:04-cr-00052-AMD

FILED ___ ENTERED
LOGGED ___ RECEIVED

JUL 23 2009

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Dear Clerk of Court:

    Thank you for responding to my letter of April 20, 2009, and sending my docket sheet and directions for requesting copies. At this point I am only in need of a letter written by my attorney, Mr. Fred Bennett, on my behalf, to Judge Davis. This item is not on the docket sheet and therefore cannot be ordered from it.

    Although I am indigent I believe I can afford to pay for this material as it shouldn't be more than two or three pages.

    In particular I am in need of the letter Mr. Bennett sent to Judge Davis in regards to the acceptance of my plea agreement. In the letter Mr. Bennett mentions he has been ill and may not be able to continue with my case.

    If you can find this material and tell me what the fee would be at 50¢ per page, I would be able to pay you by sending stamps or having a check cut from my account here at the institution.

    Thanks for your assistance

Sincerely,
Richard Schmidt
Richard Schmidt