May 20, 2012

Richard Schmidt
47454-083 FCI Ft Dix
P.O. Box 2000
Fort Dix, NJ 08640

IN RE: Case #
1:04-cr-00052-AMD

Dear Clerk of Court,

Could you please send me my updated docket sheet. Please let me know if there is a fee.

Thank you

Sincerely

Richard Schmidt

FILED ___ ENTERED
LOGGED ___ RECEIVED

MAY 23 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY