

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE PRO SE STAFF ATTORNEYS

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

May 24, 2012

Warden
FCI Fort Dix
P.O. Box 38
Fort Dix, NJ  08640

In re: request for materials from Richard Schmidt, Criminal Case No. BEL-04-52.

Dear Madam or Sir:

This court has received a request from Richard Schmidt, #47454-083 for a copy of his criminal docket sheet in the above noted case. A copy of the docket sheet is being sent directly to you so that it can be made available to the inmate in accordance with prison policy and procedures. By copy of this letter, Mr. Schmidt is being directed to contact his unit manager or other appropriate prison personnel to arrange for review of the judgment and commitment order. Your assistance is appreciated.

Sincerely,

Court Representative

cc: Richard Schmidt, #47454-083

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov