# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RICHARD ARTHUR SCHMIDT | * | |
| Petitioner | * | |
| v | * | Civil Action No. JFM-13-3370 |
| | | (Related Crim. Case JFM-04-52) |
| UNITED STATES OF AMERICA | * | |
| Respondents | * | |

***

## ORDER

The above-captioned motion to vacate, set aside or correct sentence was filed on November 12, 2013. ECF 48. The motion was erroneously dismissed as successive on November 18, 2013. ECF 49. Petitioner appealed the dismissal to the Fourth Circuit Court of Appeals (ECF 50) and the appellate court remanded the case for further proceedings in accordance with its decision. ECF 53; *Schmidt v. United States*, No. 13-8014 (4th Cir.). Upon issuance of the mandate, the government shall be required to file an answer. Accordingly, it is this 15th day of May 2014, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The United States Attorney SHALL RESPOND to the Motion to Vacate within 60 days of the date the mandate issues from the Fourth Circuit Court of Appeals;

2. Petitioner SHALL NOTIFY the Court and the government of any change of address; and

3. The Clerk SHALL PROVIDE a copy of this Order to Petitioner and SHALL PROVIDE a copy of this Order, and a copy of the Motion to Vacate to Assistant United States Attorney Barbara Sale, Office of the United States Attorney.

                                                               /s/
                                               J. Frederick Motz
                                               United States District Judge