**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **RICHARD A. SCHMIDT** | * | |
| | * | **CIVIL NO. JFM-13-3370** |
| **Petitioner** | * | **CRIMINAL NO. JFM-04-00052** |
| | * | |
| v. | * | |
| | * | |
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Respondent** | * | |
| | * | |
| | ******* | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DIRECT
<u>GOVERNMENT TO COMPLY</u>**

On September 5, 2014, the government timely filed its response to the Petitioner's motion to Vacate. (Dkt. #57). The government's response was inadvertently served on the *pro se* defendant's former counsel, who is now deceased. On or about September 22, 2014, a copy of the government's response was sent to the Defendant at his Bureau of Prisons address.

                                                    Respectfully submitted,

                                                    Rod J. Rosenstein
                                                    United States Attorney


                                                    /s/
                                                    Zachary A. Myers
                                                    Assistant United States Attorney
                                                    36 South Charles Street
                                                    Fourth Floor
                                                    Baltimore, Maryland 21201
                                                    (410) 209-4800

## **CERTIFICATE OF SERVICE**

I certify that on September 22, 2014, I caused a copy of this document to be mailed to:

>Richard A. Schmidt
>#47454-083
>FCI Fort Dix
>FEDERAL CORRECTIONAL INSTITUTION
>P.O. BOX 2000
>FORT DIX, NJ   08640

>>/s/
>>Zachary A. Myers
>>Assistant United States Attorney