

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

March 24, 2015

Richard Schmidt, #47454-083
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ  08640

Re:  *United States v. Richard Schmidt,* Criminal Case No. JFM-04-052

Dear Mr. Schmidt:

In response to your recent request for documents, please be advised to order a transcript you must contact the court reporter and pay the transcription fee.  The court reporter assigned to your case is Jacki Sovich.  You may contact her directly at the Northern division address found at the bottom of this letter.

Sincerely,

*Bonnie Jacobs*

Administrative Assistant
Staff Attorney's Office

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov