IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :
                                                        Crim. No.  JFM-04-0052
          v.                                          :

RICHARD A. SCHMIDT                    :

ORDER

Upon consideration of Defendant's Unopposed Motion for Production of Transcripts, it is

on this _24th_ day of ~~May~~ June 2015, hereby

ORDERED that the motion is granted and that the Court Reporter's Office obtain the

reels containing Defendant's plea on July 8, 2004 and sentencing on May 25, 2005.

J. Frederick Motz
United States District judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUN 24  AM 11:49

CLERK'S OFFICE
AT BALTIMORE
BY_____ _____DEPUTY