UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 8, 2016

MEMO TO COUNSEL RE:  United States v. Richard Schmidt
    Criminal No. JFM-04-052 and Civil No. JFM-13-3370

Dear Counsel:

The Government has filed a motion for reconsideration of a memorandum and order I entered in this case on September 11, 2015 granting the defendant's motion seeking relief pursuant to 28 U.S.C. § 2255. As a preliminary housekeeping matter, I grant, *nunc pro tunc*, Schmidt's motion to file a sur-reply memorandum (document 104).

The motion for reconsideration (document 99) is denied. The conduct admitted by Schmidt during the Rule 11 proceeding simply did not constitute a violation of the criminal laws of the United States because there was not a sufficient nexus between that conduct and the foreign country in which the conduct was engaged in. *See United States v. Bollinger*, 798 F.3d 201, 214 (4th Cir. 2015); *cf. United States v. Weingarten*, 632 F.3d 60, 67-71 (2d Cir. 2011). I am also satisfied that given the facts as stated in Mr. DiBiagio's letter dated November 22, 2004 to Judge Davis, that the Government was not prepared to prove a violation of 18 U.S.C. § 2251(a). Moreover, there is a "nexus" concern about the pictures that were taken in Cambodia and the United States.

The questions presented by this case are somewhat fascinating. However, in light of the fact that Schmidt has already been incarcerated for most of the time provided by the "(C)" plea into which the Government entered with Schmidt, further litigation of the case may not be warranted.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge