**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **RICHARD A. SCHMIDT,** | ) | |
| | ) | |
| *Petitioner*, | ) | **Civ. No. JFM-13-3370** |
| | ) | |
| v. | ) | **Crim. No. JFM-04-052** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent*. | ) | |

## NOTICE OF APPEAL

Notice is given that the United States of America hereby appeals to the United States Court of Appeals for the Fourth Circuit from the district court's (J. Frederick Motz, J.)

- ❏ September 11, 2015 Order granting the Defendant/Petitioner's Motion to Vacate, Set Aside, or Correct Sentence **(ECF No. 97)**;

- ❏ September 11, 2015 Memorandum Opinion granting Defendant/Petitioner's Motion to Vacate, Set Aside, or Correct Sentence **(ECF No. 96)**; and,

- ❏ April 8, 2016 Letter Opinion and Order denying the Government's Motion for Reconsideration **(ECF No. 105)**.

                                              Respectfully submitted,

                                              Rod J. Rosenstein
                                              United States Attorney

By:     \_\_\_\_/s/_____
          Sujit Raman
          Zachary Myers
          Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of April 2016, a copy of the foregoing Notice of Appeal was served by CM/ECF on the following attorney for the Defendant/Petitioner:

>Mary E. Davis, Esq.
>Davis & Davis
>1350 Connecticut Ave., N.W., Suite 202
>Washington, D.C. 20036
>
>*Counsel for the Defendant/Petitioner*

_____/s/_____
Sujit Raman
Assistant United States Attorney