FILED: March 13, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-6567
(1:04-cr-00052-JFM-1)
(1:12-cv-03370-JFM)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

RICHARD ARTHUR SCHMIDT

      Defendant - Appellee

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

/s/Patricia S. Connor, Clerk