IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

vs.     Case No. ~~JFM~~-04-0052 (CCB)

*

Richard Arthur Schmidt

*

\*\*\*\*\*\*

The court having been advised that Richard Arthur Schmidt overpaid the Special Assessment owed to the District Court of Maryland by $20.00, it is, this 29 day of May 2018 ORDERED that the Clerk be directed to issue from the unclaimed fund a check to Mr. Richard Arthur Schmidt in the amount of $20.00.

_____
~~J. Frederick Motz~~ Catherine C. Blake
United States District Judge