_____ LOGGED _____ RECEIVED

JUL 1 6 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Richard Schmidt
5245 St. Charles Ave.
Baltimore, MD 21205
Email: raschmidt116@gmail
Tele: 410-344-4005

United States District Court of Maryland
101 W. Lombard Street
Baltimore, Md 21201

July 9, 2018

Dear Judge,

I am requesting this court to appoint a public defender to represent me in a request to the court to modify the Additional Conditions of the Judgment and Commitment order imposed on me as a result of my conviction (Case#: 1:04-cr-00052-jfm), dated 5/25/2005, as well as a request to modify the Lifetime Supervised Release. I was released from prison in March 2018. Subsequently, I was immediately put on house arrest with a monitor and am severely restricted in where and when I can go anywhere. The prosecutor has insisted I not live within a mile of any school, thus I am still in "transitional housing" trying to find a place to live.

1) Based on the following reasons, I wish to request the court to review the additional conditions of my probation as outlined in the judgment and commitment order.
   a) That I was found to be not sexually dangerous by the District Court judge in North Carolina (Judge Boyle) and 2 expert psychologists, one an MD psychiatrist.
   b) That I was successful in overturning my two convictions based on actual innocence. (Judge Motz). One count was reinstated by the circuit court.
   c) That I was kept for 14 extra months past my release date of Jan. 20 2017, as a civil detainee. This was done regardless of the fact that I was not in legal federal BOP custody. (Judge Boyle).
   d) That based on recent 4th circuit case law, I should not be restricted from having a computer or going in the internet. (actually, now I am able to have a computer and go on line but monitoring software must be installed for which I have to pay for.)
      i) **Note:** The plea agreement says nothing about computer restrictions and my crime had nothing to do with computers, thus the issue now is the right for the PO to monitor the internet access.
   e) That all of my plea colloquy transcripts have been "lost" even though I was constantly working on appeals, and that none of the special conditions were explained to me as required by law.
   f) That at my age of 75 should allow for some leniency. In particular the lifetime supervised release.
   g) That living or being within one mile of any school is near impossible and creaates a hardship.

Each of the above issues can be expounded on and added to.

2) I realize that is usual for the probationer to wait a year before applying for reconsideration of sentence conditions; however, due to the above reasons, that I was kept 14 months past my mandatory release date, some relief could be granted to prevent additional hardship.

Sincerely,

*Richard Schmidt*
Richard Schmidt

Richard Schmidt
245 St. Charles Ave
Baltimore, MD 21215

Clerk of Court
U.S. District Court of Maryland
101 W. Lombard St
Baltimore, MD 21201

21201-265699

FILED ___ LOGGED ___
ENTERED ___ RECEIVED ___
JUL 16 2018
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY