UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *

    v.                         *        Criminal No.: CCB-04-0052

RICHARD ARTHUR SCHMIDT      *

**ORDER**

A motion to enforce judgment has been filed on behalf of Richard Schmidt (ECF 151)

relating to conditions of supervised release.  The government, in consultation with the United States

Probation Office, is requested to file a response within 60 days.

SO ORDERED this __1st__ day of __July__ 2021.

                                         /S/

                               Catherine C. Blake
                               United States District Judge
                               District of Maryland