**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Christine Duey*  *Suite 400*  DIRECT: 410-209-4855
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Christine.Duey2@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

July 29, 2022

Honorable Catherine C. Blake
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

**Re:   Status Report - United States v. Richard Schmidt, CCB-04-052**

Dear Judge Blake:

I write to provide a status report in United States v. Richard Schmidt, CCB-04-052.

On June 30, 2021, the Defendant submitted a Motion to Enforce Judgment. ECF 151. On February 14, 2022, the Government submitted a Response to Defendant's Motion to Enforce Judgement, and also submitted a proposed order. ECF 167. On March 11, 2022, the Defendant submitted a Reply to the Government's Response. ECF 168.

The Government has consulted with counsel for the Defendant, Paul Hazlehurst, Esq., and Raymond Tarlton, Esq., and it does not appear that the parties anticipate filing any supplemental or additional briefing in this matter.

In the event that the Court would like to schedule a hearing in this matter, please advise, and the Government would be happy to coordinate with chambers, defense counsel, and U.S. Probation, to schedule a mutually available hearing date.

Please feel free to contact me if you have any questions or concerns.

Very truly yours,

*Christine Duey*
Christine Duey
Assistant United States Attorney